SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
BSI.100-943S-A

Attorneys for Movant
CAM XVII TRUST, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DANA MONROE DASHER aka DASHER<br><br>DRY WALL REPAIR and LISA MARIE<br><br>DASHER and LISA MARIE VANBOOVEN,<br><br><br>Debtors. | Bk. No. 1:16-bk-13098-MB<br><br>Chapter 13<br><br>**STIPULATION FOR ADEQUATE PROTECTION RESOLVING MOVANT'S MOTION FOR RELIEF** |

     This Stipulation for Adequate Protection Resolving Movant's Motion for Relief

("**Stipulation**") is entered into by and between CAM XVII TRUST, its successors and/or

assignees ("**Movant**"), through its counsel REILLY WILKINSON of SCHEER LAW GROUP,

LLP and DANA MONROE DASHER aka DASHER DRY WALL REPAIR and LISA MARIE

DASHER and LISA MARIE VANBOOVEN ("**Debtors**"), through their counsel, ANDRE A.

KHANSARI.  The parties hereby agree and stipulation that the following may be entered as an

order by the Court:

1

## I.    Recitals

1.    On January 4, 2018, Movant filed a Motion for Relief from the Automatic Stay ("**Motion**") that was set to be heard on January 31, 2018, 2018 ("**Hearing Date**").  The Motion relates to the Debtors' default on the Note secured by a Deed of Trust executed and recorded in Los Angeles County and which encumbers the real property described as 7817 Sancola Avenue, Sun Valley Area, California 91352 and more particularly described in the Deed of Trust attached to Movant's Motion ("**Property**").  The Hearing Date was continued tom April 4, 2018.

2.    Debtors were delinquent in the amount of $5,311.71 ("**Post-Petition Delinquency**") on the date the Motion was filed.  Debtors subsequently brought the loan post-petition current after the Motion was filed.

3.    The parties have agreed that the stay shall remain in effect subject to the below terms and conditions.

4.    All payments made pursuant to this Stipulation shall be made to Movant at the following address: BSI Financial Services,314 S Franklin St., P.O. Box 517, Titusville, PA 16354 ("**Payment Address**") or via Western Union payment similar to prior payments made by the Debtors to Movant after they filed for chapter 13 bankruptcy protection.

## II. Stipulation

A.    IT IS STIPULATED that the Debtors must maintain normal monthly post-petition payments to Movant on its claim secured by the Property pursuant to the terms of the Note and Deed of Trust, starting with the April 01, 2018 payment, and continuing each month thereafter on the first of the month.  The amount of the Monthly Payment is subject to change in accordance with the terms of the Note and Deed of Trust and the escrow analysis related to the subject loan.

B.    IT IS FURTHER STIPULATED that upon any default in the terms and conditions set forth in paragraph A of this Stipulation, Movant must serve written notice of default to Debtors and Debtors' attorney as well as email notice to Debtors' attorney at andre@khansarilaw.com.  If the Debtors fail to cure the default within 14 days after service of such written notice to the

1  Debtors, Movant may file and serve a declaration that states under penalty of perjury specifying

2  the default, together with a proposed order terminating the stay, which the court may grant

3  without further notice or hearing.

4      C.      IT IS FURTHER STIPULATED that notwithstanding anything contained herein

5  to the contrary, the Debtors shall be entitled to a maximum of five (5) notices of default and

6  opportunity to cure pursuant to the preceding paragraph.  Once the Debtors have defaulted this

7  number of times on the obligations imposed by this Stipulation and has been served with this

8  number of notices of default, Movant is relieved of any obligation to serve additional notices of

9  default or to provide additional opportunities to cure.  If a payment default occurs hereunder,

10  thereafter, Movant shall be entitled, without first serving a notice of default or providing the

11  Debtors with an opportunity to cure, to file and serve a declaration under penalty of perjury

12  setting forth in detail the Debtors' failure to perform hereunder, together with a proposed order

13  terminating the stay, which the court may enter without further notice or hearing.

14      D.      IT IS FURTHER STIPULATED that this Stipulation is binding only during the

15  pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the

16  Property by court order or by operation of law, this Stipulation ceases to be binding and Movant

17  may proceed to enforce its remedies under applicable non-bankruptcy law against the Property

18  and/or against the Debtors as permitted under applicable law.

19      E.      IT IS FURTHER STIPULATED that if Movant obtains relief from stay based on

20  Debtors' default under this Stipulation, the order granting such relief will contain a waiver of the

21  14 day stay as provided in FRBP 4001(a)(3).

22      F.      IT IS FURTHER STIPULATED that Movant may accept any and all payments

23  made pursuant to this Stipulation, and credit the Debtors account, without prejudice to or waiver of

24  any rights or remedies to which Movant could otherwise have been entitled under applicable non-

25  bankruptcy law.

26  / / /

27  / / /

28

3

1    G.    IT IS FURTHER STIPULATED that upon approval of this Stipulation as an order

2  of this Court, Movant's Motion shall be deemed resolved.

3

4                                                            DATED: April 3, 2018

5  ANDRE A. KHANSARI
   COUNSEL FOR DEBTORS
6

7

8                                                            DATED: 4/3/18

   REILLY WILKINSON
9  COUNSEL FOR MOVANT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28